IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

FILED MAR 25 2024 IN THIS OFFICE Clerk U. S. District Court Greensboro, N.C.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | 1:24CR 102 -1 |
| WILLIAM LAMONT NORWOOD, JR. | : | |

The Grand Jury charges:

COUNT ONE

On or about November 22, 2023, in the County of Guilford, in the Middle District of North Carolina, WILLIAM LAMONT NORWOOD, JR., knowingly and intentionally did unlawfully possess with intent to distribute a quantity of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance within the meaning of Title 21, United States Code, Section 812; in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).

COUNT TWO

On or about February 27, 2024, in the County of Guilford, in the Middle District of North Carolina, WILLIAM LAMONT NORWOOD, JR., knowingly and intentionally did unlawfully possess with intent to distribute a quantity of a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance within the meaning of Title 21, United States Code,

Section 812; in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).

## COUNT THREE

On or about February 27, 2024, in the County of Guilford, in the Middle District of North Carolina, WILLIAM LAMONT NORWOOD, JR., in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, possession with intent to distribute heroin, as more fully referenced in Count Two of this Indictment, did knowingly possess a firearm, that is, a Taurus 9mm handgun; in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

## COUNT FOUR

On or about February 27, 2024, in the County of Guilford, in the Middle District of North Carolina, WILLIAM LAMONT NORWOOD, JR., knowingly did possess in and affecting commerce firearms, that is, a Taurus .38 caliber handgun and a Taurus 9mm handgun, having been convicted of a crime

punishable by imprisonment for a term exceeding one year, and with knowledge of that conviction; in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

DATED: March 25, 2024

SANDRA J. HAIRSTON
United States Attorney

BY: NICOLE R. DUPRE
Assistant United States Attorney

A TRUE BILL:

FOREPERSON